E-FILED
Wednesday, 06 October, 2004 03:03:19 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| HERMAN NITZ, #N-08438, | ) |
| Plaintiff, | ) |
| vs. | ) No. 02 CV 3249 |
| DONALD SNYDER, JR., et. al., | ) |
| Defendants. | ) |

## NOTICE TO THE COURT

NOW COMES Defendants, DONALD SNYDER, TROY FISHEL, DEBBIE ROSS, and JAMES COX, by and through their attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby files their Notice to the Court concerning the upcoming Final Pre-Trial Conference and Trial. In support of their Notice to the Court, the following statements are made:

1. There is a Final Pre-Trial Conference scheduled before this Court for November 1, 2004 at 1:30 via video.

2. Trial in this matter is scheduled for November 4, 2004 at 9 a.m. via video.

3. However, Plaintiff was discharged from the Illinois Department of Corrections on August 13, 2004 and, therefore, does not have access to video equipment through the Illinois Department of Corrections.

4. Therefore, it is unlikely that the Plaintiff will be able to participate is said proceedings if said proceedings remain as scheduled.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DONALD SNYDER, TROY FISHEL, DEBBIE ROSS, and JAMES COX, |
|  | Defendants, |
|  | LISA MADIGAN, Attorney General of the State of Illinois |
| Julie L. Morgan, #6271352<br>Assistant Attorney General<br>500 South Second Street<br>Springfield, IL  62706<br>(217) 557-0261 | Attorney for the Defendants,<br><br>By: s/Julie L. Morgan<br>    Julie L. Morgan<br>    Assistant Attorney General |
| Of Counsel. |  |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| HERMAN NITZ, #N-08438, | ) |
| Plaintiff, | ) |
| vs. | ) No. 02 CV 3249 |
| DONALD SNYDER, JR., et. al., | ) |
| Defendants. | ) |

<b><u>CERTIFICATE OF SERVICE</u></b>

I hereby certify that on October 6, 2004, I electronically filed Notice to the Court with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on October 6, 2004, I mailed by United States Postal Service, the document to the following non-registered participant:

Mr. Herman Nitz
C/O Lawrence Nitz and Dawn Corbin
2245 Surrey Drive
Apt G-3
Glen Ellen, Illinois 60137

Respectfully submitted,
 s/Julie L. Morgan
Julie L. Morgan, #6271352
Attorney for Defendants
Office of the Illinois Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 557-0261
Facsimile: (217) 524-5091
jlmorgan@atg.state.il.us