3:02-cv-03249-HAB-CHE     # 106     Page 1 of 1

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**AT URBANA**
**VIDEO WRIT**

E-FILED
Friday, 29 October, 2004  08:23:09 AM
Clerk, U.S. District Court, ILCD

| CASE NAME:<br><br>HERMAN NITZ v DONALD SNYDER, ET AL | CASE NO.<br><br>02-3249 | Beginning Date of Trial:<br><br>11/4/2004 | Type of Trial:<br><br>Length of Trial:<br> days |
|---|---|---|---|

**TO: THE WARDENS OF EAST MOLINE & DIXON CORR CENTERS**
   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

**PERSONS TO APPEAR BY VIDEO**
**ORDER OF APPEARANCE**

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| John D. Brown | B 34351 | DIXON | 11/4/2004 | 9:30 - 11:30 |
| Judge Baker | N/A | URBANA | 11/4/2004 | 9::00 - 11:30 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Dated: October 28, 2004**

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:  s/K. Wynn
         DEPUTY CLERK

cc: Herman Nitz
    Julie Morgan

Format and wording approved by IDOC Legal Counsel 2/11/98