UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT URBANA
VIDEO WRIT

E-FILED
Friday, 29 October, 2004  08:28:59 AM
Clerk, U.S. District Court, ILCD

| CASE NAME:<br><br>HERMAN NITZ v DONALD SNYDER, ET AL | CASE NO.<br><br>02-3249 | Beginning Date of Trial:<br><br>11/4/2004 | Type of Trial:<br><br>Length of Trial:<br> days |
|---|---|---|---|

**TO: THE WARDEN OF LOGAN CORR CENTER**
    WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

PERSONS TO APPEAR BY VIDEO
ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Dennis Boyles/Pla's Witness | N 711707 | LOGAN | 11/4/2004 | 9:00 - 11:30 |
| Louis Morales/Pla's Witness | K 73810 | LOGAN | 11/4/2004 | 9:00 - 11:30 |
| Andrew Dura/Pla's Witness | K 82064 | LOGAN | 11/4/2004 | 9:00 - 11:30 |
| Roel Bermea/Pla's Witness | K 66019 | LOGAN | 11/4/2004 | 9:00 - 11:30 |
| Rickey Skelton/Dfts'Witness | N/A | LOGAN | 11/4/2004 | 9:00 - 11:30 |
| Valerie Huffman/Dfts' Witness | N/A | LOGAN | 11/4/2004 | 9:00 - 11:30 |
| Cindy Fleshman/Dfts' Witness | N/A | LOGAN | 11/4/2004 | 9:00 - 11:30 |
| Mark LaMothe/Dfts' Witness | N/A | LOGAN | 11/4/2004 | 9:00 - 11:30 |

Dated:October 28, 2004

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: ___s/K. Wynn_____
        DEPUTY CLERK

cc: Herman Nitz
    Julie Morgan

Format and wording approved by IDOC Legal Counsel 2/11/98