# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT URBANA
# VIDEO WRIT

| CASE NAME:<br><br>HERMAN NITZ v DONALD SNYDER, ET AL | CASE NO.<br><br>02-3249 | Beginning Date of Trial:<br><br>11/4/2004 | Type of Trial:<br><br>Length of Trial:<br> days |
|---|---|---|---|

**TO: THE WARDEN OF BIG MUDDY RIVER CORR**

   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

## PERSONS TO APPEAR BY VIDEO
## ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| **Ernie Vanzant/Dfts' Witness** | N/A | BIG MUDDY | 11/4/2004 | 10:00 - 11:30 |
| **Connie Arnold/Dfts' Witness** | N/A | BIG MUDDY | 11/4/2004 | 10:00 - 11:30 |
| **Judge Baker** | N/A | URBANA | 11/4/2004 | 10:00 - 11:30 |
| **THE TWO WITNESSES ARE CORRECTIONAL OFFICERS, WHO WILL BE COMING FROM VANDALIA FOR THE VIDEO CONFERENCE** | | | | |
| | | | | |
| | | | | |
| | | | | |

**Dated:** October 28, 2004

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:  s/K. Wynn
     DEPUTY CLERK

cc: Herman Nitz
    Julie Morgan