# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT URBANA
# VIDEO WRIT

| CASE NAME: HERMAN NITZ v DONALD SNYDER, ET AL | CASE NO. 02-3249 | Beginning Date of Trial: 11/4/2004 | Type of Trial: Length of Trial: days |
|---|---|---|---|

**TO: THE WARDEN OF LOGAN CORR CENTER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

**PERSONS TO APPEAR BY VIDEO**
**ORDER OF APPEARANCE**

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Stan Buckles/Dfts' Witness | N/A | LOGAN | 11/4/2004 | 9:00 - 11:30 |
| Judge Baker | N/A | URBANA | 11/4/2004 | 9::00 - 11:30 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Dated: October 28, 2004**

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:  s/K. Wynn
     DEPUTY CLERK

cc: Herman Nitz
    Julie Morgan