# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT URBANA
### VIDEO WRIT

| CASE NAME:<br><br>HERMAN NITZ v DONALD SNYDER, ET AL | CASE NO.<br><br>02-3249 | Beginning Date of Trial:<br><br>11/4/2004 | Type of Trial:<br><br>Length of Trial:<br>  days |
|---|---|---|---|

**TO: THE WARDEN OF IL RIVER CORR CENTER**

   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| James Edens/Pla's Witness | N 60262 | IL RIVER | 11/4/2004 | 9:00 - 9:30 |
| Judge Baker | N/A | URBANA COURTHOUSE | 11/4/2004 | 9:00 - 9:30 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Dated: October 28, 2004**                    JOHN M. WATERS, CLERK
                                               UNITED STATES DISTRICT COURT

                                               BY: ___s/K. Wynn_____
                                                      DEPUTY CLERK

cc: Herman Nitz
    Julie Morgan

Format and wording approved by IDOC Legal Counsel 2/11/98