UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT URBANA
VIDEO WRIT

| CASE NAME:<br><br>HERMAN NITZ v DONALD SNYDER, ET AL | CASE NO.<br><br>02-3249 | Beginning Date of Trial:<br><br>11/4/2004 | Type of Trial:<br><br>Length of Trial:<br> days |
|---|---|---|---|

**TO: THE WARDEN OF CONCORDIA**

  WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

**PERSONS TO APPEAR BY VIDEO**
**ORDER OF APPEARANCE**

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| **Debbie Ross/Pla's Witness** | N/A | CONCORDIA | 11/4/2004 | 10:00 - 11:30 |
| **Kevin Stanley/Dfts' Witness** | N/A | CONCORDIA | 11/4/2004 | 10:00 - 11:30 |
| **Terri Anderson/Dfts' Witness** | N/A | CONCORDIA | 11/4/2004 | 10:00 - 11:30 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Dated: October 28, 2004**                                  JOHN M. WATERS, CLERK
                                                             UNITED STATES DISTRICT COURT

                                                             BY: ___s/K. Wynn_____
                                                                    DEPUTY CLERK

cc: Herman Nitz
    Julie Morgan

Format and wording approved by IDOC Legal Counsel 2/11/98