# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **HERMAN NITZ,** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 02-3249** |
| | ) | |
| **DONALD SNYDER, ET AL.,** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** EAST MOLINE CORR CENTER at EAST MOLINE, IL.

**WE COMMAND** that you produce the body of **JOHN D. BROWN**, Register No. **B 34351**, in your custody at EAST MOLINE CORR CENTER before the United States District Court at DIXON CORR CENTER for him to appear on VIDEO CONFERENCE as a witness in the above named case on **THURSDAY, NOV. 4, 2004 AT 9:30 A.M. (NOTE: All inmates must arrive at the Federal Building at least one-half hour prior to the beginning of the hearing and should be dressed in proper civilian attire.)** and from time to time as he may be directed by the Court, in order that said prisoner may then and there respond to and answer such questions as may be asked him in the course of the hearing being conducted. At the termination of said hearing you may return him to the institution.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: OCTOBER 28, 2004

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: s/K. Wynn
Deputy Clerk