AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**HERMAN L. NITZ, JR.,**
**Plaintiff,**

vs.                                                              Case Number:  **02-3249**

**DONALD N. SNYDER, ET AL.,**
**Defendants.**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the case is dismissed for failure to appear and for lack of prosecution. Parties are to bear their own costs. Case is dismissed.

ENTER this 1st day of November, 2004.

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK

AO 450 (Rev. 5/85) Judgment in a Civil Case